SEYFARTH SHAW LLP
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Kristine R. Argentine (pro hac pending)
kargentine@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendant
Verogen, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; and ERICA NATHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VEROGEN, INC. D/B/A GEDMATCH; and QIAGEN NORTH AMERICA HOLDINGS, INC.,<br><br>Defendants. | Case No. 3:24 CV 1977 JES MMP<br><br>**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Judge: Hon. James E. Simmons, Jr. |

Defendants Verogen, Inc. d/b/a GEDMatch ("Verogen") and Qiagen North America Holdings, Inc ("Qiagen"), together with Plaintiffs, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.2, hereby jointly move for an extension of time for Verogen and Qiagen to answer or otherwise

respond to Plaintiffs' Amended Class Action Complaint and in support of their motion state as follows:

1. Plaintiffs filed their Class Action Complaint on October 24, 2024. (*See* Dkt. # 1.)

2. Defendant Verogen was served with a copy of the summons and Complaint on November 1, 2024. (*See* Dkt. # 3.)

3. Based on the date of service, Verogen's responsive pleading was due on November 22, 2024.

4. Plaintiffs then filed an Amended Class Action Complaint on November 22, 2024 which named Qiagen as an additional defendant. (*See* Dkt # 4.)

5. Verogen's responsive pleading is currently due on December 6, 2024 and Qiagen's responsive pleading is currently due on January 27, 2025.

6. Verogen requests an extension of time, up to and including January 20, 2025, to answer or otherwise plead in response to Plaintiffs' Amended Class Action Complaint in order to provide Defendant's counsel adequate time to continue their investigation into Plaintiffs' claims and prepare the appropriate responsive pleading.

7. On November 25, 2024, the parties conferred via email regarding this case and the instant request and Plaintiffs' counsel has agreed to the relief sought herein and the proposed extension to January 20, 2025.

8. This motion is brought in good faith and not for purpose of undue delay. This is Verogen's first request for an extension of time to answer or respond to Plaintiffs' Complaint. Granting the motion will not prejudice either party.

WHEREFORE, Defendants and Plaintiffs respectfully requests the Court grant the parties' Joint Motion for Extension of Time for Defendants to File their Responsive Pleading, and enter an Order reflecting that Defendants shall answer or otherwise respond to Plaintiffs' Complaint on or before January 20, 2025, and order all further relief as is reasonable and just.

| | | |
|---|---|---|
| 1 | DATED: December 4, 2024 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |
| 4 | | By: */s/ Aaron Belzer* * |
| 5 | | Aaron Belzer |
| | | Attorneys for Defendant |
| 6 | | Verogen, Inc. |
| 8 | DATED: December 4, 2024 | Respectfully submitted, |
| 9 | | HEDIN LLP |
| 11 | | By: */s/ Frank S. Hedin* |
| | | Frank S. Hedin |
| 12 | | 535 Mission Street, 14th Floor |
| | | San Francisco, CA 94105 |
| 13 | | Attorneys for Plaintiff |

\* Filer hereby certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3