UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; and ERICA NATHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VEROGEN, INC. D/B/A GEDMATCH; and QIAGEN NORTH AMERICA HOLDINGS, INC.,<br><br>Defendants. | Case No.: 3:24-cv-1977-JES-MMP<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT VEROGEN, INC. TO RESPOND TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**<br><br>[ECF No. 6] |

Before the Court is the parties' joint motion to extend Defendant VEROGEN, INC., D/B/A GEDMATCH's ("Gedmatch") time to respond to the Amended Class Action Complaint. ECF No. 6. Good cause appearing, the Court **GRANTS** the motion and extends the deadline to **January 20, 2025**.

**IT IS SO ORDERED**.

Dated: December 5, 2024

_____
Honorable James E. Simmons Jr.
United States District Judge