SEYFARTH SHAW LLP
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Kristine R. Argentine (pro hac pending)
kargentine@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendants
Verogen, Inc. and Qiagen North American Holdings, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; and ERICA NATHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VEROGEN, INC. D/B/A GEDMATCH; and QIAGEN NORTH AMERICA HOLDINGS, INC.,<br><br>Defendants. | Case No. 3:24 CV 1977 JES MMP<br><br>**UNOPPOSED JOINT MOTION TO STAY RESPONSIVE PLEADING DEADLINE PENDING MEDIATION**<br><br>Judge:   Hon. James E. Simmons, Jr. |

Defendants Verogen, Inc. d/b/a GEDMatch ("Verogen") and Qiagen North America Holdings, Inc ("Qiagen"), together with Plaintiffs, by and through their undersigned counsel, hereby jointly move the Court for an order staying Defendants' responsive

pleading deadline pending mediation so that the Parties can explore early resolution. In support of their Motion, the Parties state as follows:

1. Plaintiffs filed their Class Action Complaint on October 24, 2024. (*See* Dkt. # 1.)

2. Defendant Verogen was served with a copy of the summons and Complaint on November 1, 2024. (*See* Dkt. # 3.) Based on the date of service, Verogen's responsive pleading was due on November 22, 2024.

3. Plaintiffs then filed an Amended Class Action Complaint on November 22, 2024 which named Qiagen as an additional defendant. (*See* Dkt # 4.) Verogen's responsive pleading was due on December 6, 2024 and Qiagen's responsive pleading was due on January 27, 2025.

4. On December 4, 2024, the Parties filed a joint motion for an extension of time until January 20, 2025 for Defendants Verogen and Qiagen to answer or otherwise plead in response to Plaintiffs' Amended Class Action Complaint, which motion was granted on December 5, 2024. (*See* Dkt. # 6, 7.)

5. On January 17, 2025, the Parties filed an additional joint motion for extension of time until February 3, 2025 for Defendants Verogen and Qiagen to answer or otherwise plead, which motion was granted the same day. (*See* Dkt. # 9, 10.)

6. Since the Court's first order extending Defendants' responsive pleading deadline, the Parties have scheduled a mediation for March 11, 2025.

7. The Parties have conferred on the matter and agree that a stay of Defendants' responsive pleading deadline will allow the Parties to focus their efforts on potentially resolving this matter before undertaking additional costly and time-consuming litigation.

8. The Parties propose that Defendants' responsive pleading deadline be stayed until further order of the Court, that the Parties provide the Court with a written status report on or before March 17, 2025 indicating the outcome of the mediation, and that the Defendant's responsive pleading deadline be reset at that time if the case has not been resolved.

|   |   |
|---|---|
| 1 | 9. This motion is brought in good faith and not for purpose of undue delay. |
| 2 | Granting the motion will not prejudice either party. |
| 3 | WHEREFORE, Defendants Verogen, Inc. d/b/a GEDMatch and Qiagen North |
| 4 | America Holdings, Inc., together with Plaintiffs, respectfully request the Court grant their |
| 5 | Motion and enter an order: |
| 6 | (a) Staying Defendants' responsive pleading deadline until further order of the |
| 7 | Court; |
| 8 | (b) Requiring the Parties to file a joint status report by March 17, 2025 indicating |
| 9 | whether the mediation was successful and, if not, submitting a proposed deadline for |
| 10 | Defendants to file their responsive pleadings; and |
| 11 | (d) Providing any further relief that the Court deems reasonable and just. |

DATED: January 31, 2025                Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Aaron Belzer* *
Aaron Belzer
Attorneys for Defendants
Verogen, Inc. and Qiagen North
American Holdings, Inc.

DATED: January 31, 2025                Respectfully submitted,

HEDIN LLP

By: */s/ Frank S. Hedin*
Frank S. Hedin
535 Mission Street, 14th Floor
San Francisco, CA 94105
Attorneys for Plaintiff

* Filer hereby certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.