UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; and ERICA NATHAN, individually and on behalf of all others similarly situated,<br><br>                             Plaintiffs,<br><br>v.<br><br>VEROGEN, INC. D/B/A GEDMATCH; and QIAGEN NORTH AMERICA HOLDINGS, INC.,<br><br>                             Defendants. | Case No.: 3:24-cv-1977-JES-MMP<br><br>**ORDER GRANTING SECOND JOINT MOTION TO STAY CASE PENDING MEDIATION**<br><br>**[ECF No. 13]** |

|   |   |
|---|---|
| 1 | Before the Court is the parties' second joint motion to stay the case pending |
| 2 | mediation. ECF No. 13. Good cause appearing, the Court **GRANTS** the motion and |
| 3 | **ORDERS** (1) the parties file a joint status report to inform the Court of the outcome of |
| 4 | mediation on or before **June 19, 2025**; and (2) if a settlement is not reached at mediation, |
| 5 | Defendants will have a deadline of **July 14, 2025**, to respond to the Amended Class Action |
| 6 | Complaint. |
| 7 | **IT IS SO ORDERED**. |
| 8 | Dated:  March 17, 2025 |

Honorable James E. Simmons Jr.
United States District Judge