| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Aaron Belzer (SBN 238901) |
| | abelzer@seyfarth.com |
| 3 | 2029 Century Park East, Suite 3500 |
| | Los Angeles, California 90067-3021 |
| 4 | Telephone:  (310) 277-7200 |
| | Facsimile: (310) 201-5219 |

SEYFARTH SHAW LLP
Kristine R. Argentine (pro hac pending)
kargentine@seyfarth.com
Paul Yovanic, Jr. (pro hac pending)
pyovanic@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

Attorneys for Defendants
Verogen, Inc. and Qiagen North American Holdings, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; and ERICA NATHAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VEROGEN, INC. D/B/A GEDMATCH; and QIAGEN NORTH AMERICAN HOLDINGS, INC., <br><br> Defendants. | Case No. 3:24 CV 1977 JES MMP <br><br> **DEFENDANTS VEROGEN, INC. AND QIAGEN NORTH AMERICAN HOLDINGS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)** <br><br> **NO ORAL ARGUMENT REQUESTED** <br><br> Judge:  Hon. James E. Simmons, Jr <br> Date:    August 20, 2025 <br> Time:   9:00 a.m. <br> Ctrm:   4B (4th Flr) <br><br> Date Action Filed: October 24, 2024 |

**TO THE HONORABLE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 20, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 4B of the above-entitled court located at United States Courthouse, 221 West Broadway, San Diego, CA 92101, Defendants Verogen, Inc. and Qiagen North American Holdings, Inc. (hereinafter "Defendants"), by and through their undersigned counsel, will and hereby do move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Amended Class Action Complaint of Plaintiffs (Dkt. # 4) filed against them. Defendants file herewith their Memorandum of Points and Authorities in Support of their Motion to Dismiss setting forth the grounds on which they make this Motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and all pleadings and papers on file in this matter, and such other matters as may be presented to this Court at the hearing or otherwise.

This Motion is made following the conference of counsel which took place on July 7, 2025.

DATED: July 14, 2025                    SEYFARTH SHAW LLP

                                        BY: */S/ AARON BELZER* *
                                                Aaron Belzer
                                                Attorneys for Defendants