UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; and ERICA NATHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VEROGEN, INC. D/B/A GEDMATCH; and QIAGEN NORTH AMERICA HOLDINGS, INC.,<br><br>Defendants. | Case No.:  3:24-cv-1977-JES-MMP<br><br>**ORDER SETTING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**[ECF No. 24]** |

1

Before the Court is Plaintiffs' motion for leave to file a Second Amended Complaint ("Motion"). ECF No. 24. The Court **ORDERS** Defendants to oppose or otherwise respond to the Motion on or before **August 27, 2025**.

**IT IS SO ORDERED**.

Dated:  August 20, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge