Frank S. Hedin (SBN 291289)
HEDIN LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile:  (305) 200-8801
Email: fhedin@hedinllp.com

*Counsel for Plaintiffs and Putative Classes*

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; ERICA NATHAN; PHYLLIS NICHOLS; KIRSTEN CURLEY; ROBIN COOK; and LAWRENCE NOVIDA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>VEROGEN, INC. D/B/A GEDMATCH; QIAGEN NORTH AMERICAN HOLDINGS, INC; and META PLATFORMS, INC.<br><br>        Defendants. | Case No.: 24-CV-1977-JES/MMP<br><br>**DECLARATION OF FRANK S. HEDIN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS VEROGEN, INC.'S AND QIAGEN NORTH AMERICAN HOLDINGS, INC.'S MOTION TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6)** |

1
DECLARATION OF FRANK S. HEDIN

I, Frank S. Hedin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am one of the counsel of record for the Plaintiffs in the above-captioned action, and I submit this declaration in support of Plaintiffs' response in opposition to the motion to dismiss filed by Defendants Verogen, Inc. and Qiagen North American Holdings, Inc.

2. On October 26, 2025, I visited the Wayback Machine Internet Archive at web.archive.org to access a historical version of the webpage https://www.gedmatch.com/register.php that existed on May 7, 2019. I accessed the May 7, 2019 version of this webpage at the following URL: https://web.archive.org/web/20190507145143/https://www.gedmatch.com/register.php, and saved a PDF print-out of the webpage, a true and correct copy of which is attached as **Exhibit A** hereto. The May 7, 2019 version of the webpage https://www.gedmatch.com/register.php was the earliest available archived version of that page that I could locate on the Wayback Machine Internet Archive.

3. On October 26, 2025, I visited the Wayback Machine Internet Archive at web.archive.org to access a historical version of the webpage https://www.gedmatch.com/register.php that existed on November 18, 2020. I accessed the November 18, 2020 version of this webpage at the following URL:

https://web.archive.org/web/20201118005233/https://www.gedmatch.com/register.php, and saved a PDF print-out of the webpage, a true and correct copy of which is attached as **Exhibit B** hereto.

4. On October 26, 2025, I visited the Wayback Machine Internet Archive at web.archive.org to access a historical version of the webpage https://app.gedmatch.com/register.php that existed on September 7, 2021. I accessed the September 7, 2021 version of this webpage at the following URL: https://web.archive.org/web/20210907165245/https://app.gedmatch.com/register.php, and saved a PDF print-out of the webpage, a true and correct copy of which is attached as **Exhibit C** hereto.

5. On October 26, 2025, I visited the Wayback Machine Internet Archive at web.archive.org to access a historical version of the webpage https://app.gedmatch.com/register.php that existed on June 10, 2023. I accessed the June 10, 2023 version of this webpage at the following URL: https://web.archive.org/web/20230610190521/https://app.gedmatch.com/register.php, and saved a PDF print-out of the webpage, a true and correct copy of which is attached as **Exhibit D** hereto.

6. On October 26, 2025, I visited the Wayback Machine Internet Archive at web.archive.org to access a historical version of the webpage https://app.gedmatch.com/register.php that existed on February 10, 2024. I

accessed the February 10, 2024 version of this webpage at the following URL: https://web.archive.org/web/20240210002218/https://app.gedmatch.com/register.php, and saved a PDF print-out of the webpage, a true and correct copy of which is attached as **Exhibit E** hereto.

7. On October 26, 2025, I visited the Wayback Machine Internet Archive at web.archive.org to access a historical version of the webpage https://app.gedmatch.com/register.php that existed on April 18, 2024. I accessed the April 18, 2024 version of this webpage at the following URL: https://web.archive.org/web/20240418133309/https://app.gedmatch.com/register.php, and saved a PDF print-out of the webpage, a true and correct copy of which is attached as **Exhibit F** hereto.

8. On October 26, 2025, I accessed the current version of the webpage https://auth.gedmatch.com/u/signup/identifier?state=hKFo2SBTWG1Oc25Lc3NXQlRpWUR6MXlOcWVnRHlQQVpNbHN1cKFur3VuaXZlcnNhbC1sb2dpbqN0aWTZIDFBX2dMdllQWnNobWg3dnVmVjYtSUMydFgzR2RBODZYo2NpZNkgVm5tRFNuSmtmZ3Q0MUs0ckZOSkozeHFFKM2xJN3E2TGY. I saved a PDF print-out of the version of the webpage that existed on October 26, 2025, a true and correct copy of which is attached as **Exhibit G** hereto.

9. On October 27, 2025, I accessed a "Media Release" entitled "QIAGEN completes acquisition of Verogen, strengthening leadership in Human ID /

4
DECLARATION OF FRANK S. HEDIN

Forensics with NGS technologies," in PDF format, by clicking the hyperlink titled "Press release" on the following webpage: https://corporate.qiagen.com/English/newsroom/press-releases/press-release-details/2023/QIAGEN-Completes-Acquisition-of-Verogen-Strengthening-Leadership-in-Human-ID--Forensics-With-NGS-Technologies/default.aspx. A true and correct copy of the PDF file I accessed by clicking the "Press release" hyperlink on the foregoing webpage is attached hereto as **Exhibit H**.

10. Attached as **Exhibit I** is a true and correct copy of the States' Supplement to Their Objection to the Debtors' Proposed Sale of Customers' Assets, Case No. 25-40976, Dkt. 803 (E.D. Mo. Bank. Ct. June 18, 2025)).

11. Attached as **Exhibit J** is a true and correct copy of the Report of Consumer Privacy Ombudsman, Case No. 25-40976, Dkt. 718 (E.D. Mo. Bank. Ct. June 11, 2025)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October, 2025 at Miami, Florida.

By: */s/ Frank S. Hedin*
Frank S. Hedin