# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20190507145143/https://www.gedmatch.com/register.php

 **Tools for DNA and Genealogy Research v2.1.1**

## User Registration

| | |
|---|---|
| First & Last Name: Optional Alias : | Please enter your real name here. Your name is needed by administrators for verification purposes. It may also be displayed in some applications that are not associated with individual results. if you do not want your real name shown in those cases, you may also specify a 'screen name' in the 'alias' field to the left. |
| Email Address: Enter email address again: | **You must be able to receive a confirmation email from GEDmatch.Com at the email address you enter.** |
| Password: Enter Password Again: | Case senstive. At least 6 characters. Include at least one number or symbol. |

[Register]

Web site and contents ©Copyright 2011-2019 by **GEDmatch, Inc.**