# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20201118005233/https://www.gedmatch.com/register.php

**Tools for DNA and Genealogy Research v2.1.1**

## User Registration

First & Last Name: | Please enter your real name here. Your name is needed by administrators for verification purposes. It may also be displayed in some applications that are not associated with individual results. if you do not want your real name shown in those cases, you may also specify a 'screen name' in the 'alias' field to the left.
Optional Alias :

Email Address: | **You must be able to receive a confirmation email from GEDmatch.Com at the email address you enter.**
Enter email address again:

Password: | Case senstive. At least 6 characters. Include at least one number or symbol.
Enter Password Again:

[Register]

Web site and contents ©Copyright 2011-2020 by Verogen, Inc. | Cookie Settings