# EXHIBIT C

Case 3:24-cv-01977-JES-MMP   Document 40-3   Filed 11/12/25   PageID.1066   Page 1 of 3



JOIN FOR **FREE**    

# Register

Name *

Alias (Optional)

Email Address *

Re-type Email Address *

Password *

Confirm Password *

REGISTER

## May we help you?

CONTACT US

Copyright 2021 @ GEDmatch | Privacy Policy & Terms of Use | Manage Cookies