# EXHIBIT D

10/30/25, 12:43 PM





# Register

Name *

Alias (Optional)

Email Address *

Re-type Email Address *

Password *

Confirm Password *

REGISTER

That email is not registered here.
Please register below.

10/30/25, 12:43 PM

## May we help you?

CONTACT US

Copyright 2023 @ GEDmatch | Privacy Policy & Terms of Use | Manage Cookies