# EXHIBIT F



JOIN FOR **FREE**    LOGIN

# Register

Name *

Alias (Optional)

Email Address *

Re-type Email Address *

Password *

Confirm Password *

REGISTER

# May we help you?

CONTACT US

Copyright 2024 @ GEDmatch | Privacy Policy & Terms of Use | Manage Cookies