# EXHIBIT G

10/26/25, 12:27 AM

# Create Your Account

Sign up to continue to GEDmatch.

**If you are creating a new account because you do not have access to your old email, please do not continue. Click** here **for instructions on accessing your old account.**

Email address*

First Name

Last Name

Alias (Optional)

☐ I accept the **Terms and Conditions** and **Privacy Policy**

Continue

Already have an account?  Log in

─────── OR ───────

By using our social login feature, you will **NOT** be able to update your email or reset your password through GEDmatch. Any password reset will be through Google or Yahoo. If you agree to these terms, please continue.

Continue with Google

Continue with Yahoo!

Terms of Service   Privacy Policy   Support