| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Melanie M. Blunschi (Bar No. 234264) |
|   | *melanie.blunschi@lw.com* |
| 3 | Francis J. Acott (Bar No. 331813) |
| 4 | *francis.acott@lw.com* |
|   | Catherine A. Rizzoni (Bar No. 322267) |
| 5 | *cat.rizzoni@lw.com* |
| 6 | 505 Montgomery St., Suite 2000 |
|   | San Francisco, CA 94111 |
| 7 | Telephone: +1.415.391.0600 |

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; ERICA NATHAN; PHYLLIS NICHOLS; KIRSTEN CURLEY; ROBIN COOK; and LAWRENCE NOVIDA, individually and on behalf of all others similarly situated, | CASE NO. 3:24-CV-1977-JES-MMP |
| | **NOTICE OF APPEARANCE OF CATHERINE A. RIZZONI** |
| | Judge: Hon. James E. Simmons, Jr. |
| Plaintiffs, | |
| v. | |
| VEROGEN, INC. D/B/A GEDMATCH; QIAGEN NORTH AMERICAN HOLDINGS, INC; and META PLATFORMS, INC. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Catherine A. Rizzoni of Latham & Watkins LLP hereby enters her appearance as counsel of record on behalf of Defendant Meta Platforms, Inc., and requests that all notices, orders or other information in this case be served on the address below:

> Catherine A. Rizzoni
> LATHAM & WATKINS LLP
> 505 Montgomery St., Suite 2000
> San Francisco, CA 94111
> Telephone: +1.415.391.0600
> Email: cat.rizzoni@lw.com

Dated: November 21, 2025          Respectfully submitted,

LATHAM & WATKINS LLP

By: *s/ Catherine A. Rizzoni*
Catherine A. Rizzoni (Bar No. 322267)
Email: cat.rizzoni@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Meta Platforms, Inc.*