LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 *melanie.blunschi@lw.com*
Francis J. Acott (Bar No. 331813)
 *francis.acott@lw.com*
Catherine A. Rizzoni (Bar No. 322267)
 *cat.rizzoni@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; ERICA NATHAN; PHYLLIS NICHOLS; KIRSTEN CURLEY; ROBIN COOK; and LAWRENCE NOVIDA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VEROGEN, INC. D/B/A GEDMATCH; QIAGEN NORTH AMERICAN HOLDINGS, INC; and META PLATFORMS, INC.<br><br>    Defendants. | CASE NO. 3:24-CV-1977-JES-MMP<br><br>**DEFENDANT META PLATFORMS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Judge: Hon. James E. Simmons, Jr.<br>Date Action Filed: October 24, 2024 |

# NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Local Civil Rule 40.2, Defendant Meta Platforms, Inc. ("Meta") states that as of this date, other than the named parties, it is not aware of any other person or entity with a financial interest in the outcome of this litigation.

Dated: November 21, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: *s/ Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Francis J. Acott (Bar No. 331813)
 francis.acott@lw.com
Catherine A. Rizzoni (Bar No. 322267)
 cat.rizzoni@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Meta Platforms, Inc.*