UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; and ERICA NATHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VEROGEN, INC. D/B/A GEDMATCH; QIAGEN NORTH AMERICA HOLDINGS, INC.; AND META PLATFORMS, INC,<br><br>Defendants. | Case No.:  3:24-cv-1977-JES-MMP<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO FILE ITS ANSWER TO SECOND AMENDED COMPLAINT**<br><br>[ECF No. 48] |

Before the Court is the parties' Joint Motion to extend time for Defendant Meta Platforms, Inc. ("Meta") to file an answer to the Second Amended Complaint. ECF No. 48. Good cause appearing, the Court **GRANTS** the Motion and **CONTINUES** Defendant Meta's deadline to respond to the Second Amended Complaint. Thus, Defendant Meta is **ORDERED** to file its Answer to the Second Amended Complaint twenty-one days after the Court's ruling on the Defendants' Motion to Dismiss is entered or January 9, 2026, whichever is later.

**IT IS SO ORDERED**.

Dated: December 1, 2025

Honorable James E. Simmons Jr.
United States District Judge