Frank S. Hedin (SBN 291289)
HEDIN LLP
1395 Brickell Ave, Ste 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; ERICA NATHAN; PHYLLIS NICHOLS; KRISTEN CURLEY; ROBIN COOK; and LAWRENCE NOVIDA, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VEROGEN, INC. D/B/A GEDMATCH; QIAGEN NORTH AMERICAN HOLDINGS, INC; and META PLATFORMS, INC.<br><br>Defendants. | Case No.: 24-CV-1977-JES/MMP<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hearing Date: None Set<br><br>JUDGE: Hon. James E. Simmons, Jr. |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Cook, Curley, Delk, Diekmann, Gardner, Hutcheson, Lafler, Nathan, Nichols, Novida, Radcliffe, Starin, Taylor, and Yeisley filed their response in opposition to Defendants Verogen, Inc. and Qiagen North American Holdings, Inc.'s motion to dismiss on October 29, 2025. (ECF No. 37). Since then, a Massachusetts district court in *Portillo v. Nebula Genomics Inc. et a.*, No. 25-CV-12288, 2026 WL 674241 (D. Mass. Mar. 10, 2026) (attached hereto as **Exhibit 1**), denied a motion to dismiss and sustained similar claims that another genetic testing company violated the Illinois Genetic Information Privacy Act ("GIPA") by using web-tracking tools, including the Meta Pixel, to disclose website users' genetic information to third parties, including Meta, without users' knowledge or consent.

In *Portillo*, the plaintiff alleged "that [the defendant] shares customers' information, including her own, with Meta, Microsoft, and Google through its use of Facebook Pixel, Microsoft conversion tracking, Microsoft Clarity, Google Analytics, and Google Tag Manager when the website users sign up on the [defendant] website, purchase and register Nebula kits, and request and view reports analyzing their test results." *Id* at *3. The court found that the defendant's disclosure in these circumstances established Article III standing, noting that plausibility "'simply calls for enough facts to raise a reasonable expectation that discovery will reveal evidence of' the necessary element." *Id*. at *4 (quotation omitted).

The court also sustained the GIPA claim under Rule 12(b)(6), rejecting the argument that "the Complaint only alleges that information related to [the plaintiff] creating an account and registering for and purchasing a [DNA testing] kit was transmitted to third parties, not information about the test results themselves." *Id*. Even though the plaintiff did not allege that disclosures to Meta or Google contained any testing results, the Court rejected the defendant's argument as to all disclosures (including those to Meta), noting that it need not consider whether information about creating an account or purchasing a kit is "genetic information" protected by GIPA because the information in the report the

plaintiff ordered constitutes "genetic information" and was allegedly disclosed to Microsoft.

DATED: March 25, 2026

Respectfully submitted,

ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; ERICA NATHAN; PHYLLIS NICHOLS; KRISTEN CURLEY; ROBIN COOK; and LAWRENCE NOVIDA, individually and on behalf of similarly situated individuals

By: /s/ *Frank s. Hedin*
One of Plaintiff's Attorneys

Frank S. Hedin (SBN 291289)
HEDIN LLP
1395 Brickell Ave, Ste 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Frank S. Hedin, hereby certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: March 25, 2026

Respectfully submitted,

By: /s/ *Frank s. Hedin*
*Attorney for Plaintiffs*