SEYFARTH SHAW LLP
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Kristine R. Argentine (*pro hac admitted*)
kargentine@seyfarth.com
Paul Yovanic, Jr. (*pro hac admitted*)
pyovanic@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendants
Verogen, Inc. and Qiagen North American Holdings, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; CHELSEA GARDNER; ANDREW STARIN; SHARYL YEISLEY; ERICA NATHAN, PHYLLIS NICHOLS; KRISTIN CURLEY; ROBIN COOK; and LAWRENCE NOVIDA individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VEROGEN, INC. D/B/A GEDMATCH; QIAGEN NORTH AMERICA HOLDINGS, INC.; and META PLATFORMS, INC.

Defendants.

Case No. 24-CV-1977-JES-MMP

**DEFENDANTS VEROGEN, INC. AND QIAGEN NORTH AMERICAN HOLDINGS, INC.'S NOTICE OF INTENT TO FILE A MOTION REGARDING PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [ECF. 50]**

Defendants Verogen, Inc. and Qiagen North American Holdings, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby submit their notice of intent to file a motion regarding Plaintiffs' Notice of Supplemental Authority [ECF 50] and state the following:

1. On November 12, 2025, the Court heard oral argument on Defendants' Motion to Dismiss [Dkt. 18] and issued an order that it was taking the motion under advisement, with the Court to issue a written order. [*See* Dkt. 41.]

2. On March 25, 2026, without leave of Court, Plaintiffs filed a Notice of Supplemental Authority. ["Notice," Dkt. 50.]

3. The undersigned promptly contacted counsel for Plaintiffs on March 25, 2026, to raise multiple deficiencies with the Notice in light of Section III.E of the Court's Civil Chamber Rules.

4. The parties intend to meet and confer on April 1, 2026, in accordance with Section III.A of the Civil Chamber Rules, in an attempt to resolve the deficiencies raised in lieu of filing a motion.

5. Defendants respectfully submit this notice to the Court to make it aware of their intent to seek relief regarding the Notice, to the extent the parties are unable to resolve the issues that are subject to the upcoming meet and confer. In light of Section III.A of the Civil Chamber Rules, the earliest any motion can be filed is April 8, 2026 (seven days after the scheduled met and confer on April 1).

DATED: March 26, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Paul Yovanic, Jr.*

Aaron Belzer
Kristine Rinella Argentine
Paul J. Yovanic Jr.
Attorneys for Defendants
Verogen, Inc. and Qiagen North America Holdings, Inc.