SEYFARTH SHAW LLP
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
Kristine R. Argentine (*pro hac vice* admitted)
kargentine@seyfarth.com
Paul Yovanic, Jr. (*pro hac vice* admitted)
pyovanic@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Verogen, Inc. and
Qiagen North American Holdings, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; ANDREW STARIN; SHARYL YEISLEY; ERICA NATHAN, PHYLLIS NICHOLS; KRISTIN CURLEY; ROBIN COOK; and LAWRENCE NOVIDA individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VEROGEN, INC. D/B/A GEDMATCH; QIAGEN NORTH AMERICA HOLDINGS, INC.; and META PLATFORMS, INC.

Defendants.

Case No. 24-CV-1977-JES-MMP

**JOINT MOTION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rule 12.1, Plaintiffs Angela Hutcheson, Sara Lafler, Alucard Taylor, Kama Delk, Erin Radcliffe, Mikhaila Diekmann, Andrew Starin, Sharyl Yeisley, Erica Nathan, Phyllis Nichols, Kirsten Curley, Robin Cook, and Lawrence Novida ("Plaintiffs"), and Defendants Verogen, Inc. ("Verogen"), QIAGEN North America Holdings, Inc. ("QIAGEN"), and Meta

Platforms, Inc. ("Meta") submit this Joint Motion for an Order Extending Time to Respond to Plaintiffs' Third Amended Class Action Complaint, to and through November 25, 2026. In support of this Motion, the Parties respectfully state as follows:

1. Defendants Verogen and QIAGEN filed their Motion to Dismiss Plaintiffs' First Amended Class Action Complaint on July 14, 2025. ["Motion to Dismiss," Dkt. 18.]

2. During the pendency of the Motion to Dismiss, Plaintiffs sought leave to file a Second Amended Class Action Complaint, which included additional claims and named Meta as a Defendant. [Dkt. 24.] The Court granted Plaintiffs' motion [Dkt. 28], and Plaintiffs filed their Second Amended Class Action Complaint on September 19, 2025 [Dkt. 29].

3. On October 8, 2025, Verogen and QIAGEN filed supplemental briefing to support the Motion to Dismiss, addressing the new allegations and claims raised in the Second Amended Class Action Complaint. [Dkt. 34.]

4. On November 21, 2025, during the pendency of Verogen and QIAGEN's Motion to Dismiss, Plaintiffs and Meta filed a Joint Motion for an Order Extending Time to File Answer to Second Amended Complaint. [Dkt. 48.] Citing the pending Motion to Dismiss, and the fact that oral argument had already been held on that Motion to Dismiss, the motion asked the Court to enter an order providing Meta twenty-one days after the Court's decision on the Motion to Dismiss to respond to the operative complaint. [*Id.*] On December 1, 2025, the Court granted the motion. [Dkt. 49.]

5. On September 30, 2026, the Court issued its order on Verogen and QIAGEN's Motion to Dismiss, granting in-part and denying in-part the motion. ["Order," Dkt. 54.] The Court ordered that Plaintiffs shall have until October 21, 2026, to file an amended complaint, and that Meta be afforded twenty-one days thereafter to respond to the Third Amended Complaint. [*Id.*]

6. On October 21, 2026, Plaintiffs filed their Third Amended Class Action Complaint. [“Complaint,” Dkt. 55.] The Complaint, consisting of 121 pages, eighteen causes of action, and 466 paragraphs. [*Id*.]

7. Under Federal Rule of Civil Procedure 12(a)(4)(A), Verogen and QIAGEN’s response to the Complaint is due November 4, 2026. By Court order, Meta’s deadline to respond to the Complaint is November 11, 2026. [Dkt. 54.]

8. On October 23, 2026, counsel for Verogen and QIAGEN conferred with counsel for Plaintiffs via email, requesting an extension of time to respond to Plaintiffs’ Complaint, to and through November 25, 2026. Counsel for Plaintiffs responded on October 23, 2026, consenting to the requested extension.

9. On October 28, 2026, counsel for Meta conferred with counsel for Plaintiffs via email, requesting an extension of time to respond to Plaintiffs’ Complaint, to and through November 25, 2026. Counsel for Plaintiffs responded on October 28, 2026, consenting to the requested extension.

10. This request is not being sought to unreasonably delay this action, and in fact, no discovery in this case has yet been undertaken.

11. This request is supported by good cause because Defendants require additional time to adequately analyze and properly respond to Plaintiffs’ Complaint.

12. This is Defendants’ first request for an extension of time to respond to the Complaint.

WHEREFORE, Defendants respectfully request that the Court grant the Joint Motion for an Order Extending Time to Respond to Plaintiffs’ Third Amended Class Action Complaint, to and through November 25, 2026.

DATED: October 30, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Paul Yovanic, Jr.*

Aaron Belzer (SBN 238901)
Kristine R. Argentine (*pro hac vice* admitted)
Paul J. Yovanic Jr. (*pro hac vice* admitted)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
abelzer@seyfarth.com
kargentine@seyfarth.com
pyovanic@seyfarth.com

Attorneys for Defendants Verogen, Inc. and Qiagen North America Holdings, Inc.

LATHAM & WATKINDS

By: */s/ Melanie M. Blunschi*

Melanie M .Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Francis J. Acott (Bar No. 331813)
*Francis.acott@lw.com*
Catherine A. Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600

Attorneys for Defendants Meta Platforms, Inc.

JUSTICE JAGHER LONDON & MILLEN LLC

By: */s/ Jonathan M. Jagher*

Jonathan M. Jagher (*pro hac vice* admitted)jjagher@jjlmlaw.com
100 Tri-State International Dr, Suite 128
Lincolnshire, IL 60069
Telephone: 610-234-6486

Frank S. Hedin (SBN 291289)

HEDIN LLP
535 Mission Street, 14 Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinllp.com

Attorneys for Plaintiffs and the Putative Class

## SIGNATURE CERTIFICATION

Pursuant to the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual Section 2, Rule (f)(4), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

October 30, 2026 *\/s/ Paul Yovanic, Jr.*