UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANGELA HUTCHESON; SARA LAFLER; ALUCARD TAYLOR; KAMA DELK; ERIN RADCLIFFE; MIKHAILA DIEKMANN; ANDREW STARIN; SHARYL YEISLEY; ERICA NATHAN, PHYLLIS NICHOLS; KRISTIN CURLEY; ROBIN COOK; and LAWRENCE NOVIDA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VEROGEN, INC. D/B/A GEDMATCH; QIAGEN NORTH AMERICA HOLDINGS, INC.; and META PLATFORMS, INC.

Defendants.

CASE NO.: 3:24-CV-1977-JES-MMP

**ORDER GRANTING JOINT MOTION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT**

**[ECF No. 56]**

Before the Court is Plaintiffs Angela Hutcheson, Sara Lafler, Alucard Taylor, Kama Delk, Erin Radcliffe, Mikhaila Diekmann, Andrew Starin, Sharyl Yeisley, Erica Nathan, Phyllis Nichols, Kirsten Curley, Robin Cook, and Lawrence Novida (together, "Plaintiffs"), and Defendants Verogen, Inc. ("Verogen"), QIAGEN North America Holdings, Inc. ("QIAGEN"), and Meta Platforms, Inc. ("Meta")'s Joint Motion for an Order Extending Time to Respond to Plaintiffs' Third Amended Class Action Complaint (the "Joint Motion"). Having considered the Joint Motion, good cause appearing, the Joint Motion is **GRANTED**.

It is therefore **ORDERED** that Defendants Verogen, QIAGEN, and Meta's deadline to respond to the Third Amended Class Action Complaint is continued to and through **November 25, 2026**.

**IT IS SO ORDERED.**

Dated: November 3, 2026

Honorable James E. Simmons Jr.
United States District Judge